```
                    UNITED STATES OF AMERICA
                  UNITED STATES DISTRICT COURT
                 SOUTHERN DISTRICT OF CALIFORNIA


                            - - -
                  HONORABLE WILLIAM V. GALLO
            UNITED STATES MAGISTRATE JUDGE PRESIDING
                            - - -

UNITED STATES OF AMERICA,   )
                            )
        PLAINTIFF,          )
                            )
VS.                         )  NO. 10CR1372W
                            )
JONATHAN LEAL-DEL CARMEN,   )
                            )
        DEFENDANT.          )
_____)
```

**PRELIMINARY HEARING**

REPORTER'S TRANSCRIPT OF PROCEEDINGS
**APRIL 15, 2010**
SAN DIEGO, CALIFORNIA


MELISSA A. PIERSON, CSR 12499, RPR
FEDERAL OFFICIAL COURT REPORTER
940 FRONT STREET, ROOM 3155
SAN DIEGO, CALIFORNIA 92101
PH:   (619)702-7508
PIERSON1121@SBCGLOBAL.NET

```
 1    APPEARANCES OF COUNSEL:

 2    ON BEHALF OF PLAINTIFF:
              LAURA DUFFY
 3            UNITED STATES ATTORNEY
              BY:  MR. DAVID FOX, ESQ.
 4            ASSISTANT UNITED STATES ATTORNEYS
              880 FRONT STREET
 5            FIFTH FLOOR
              SAN DIEGO, CA 92101
 6

 7    ON BEHALF OF DEFENDANT:
              FEDERAL DEFENDERS OF SAN DIEGO
 8            BY:  MR. HANNI FAKHOURY, ESQ.
              225 W. BROADWAY
 9            ST. 900
              SAN DIEGO, CA 92101
10            (619) 234-8467

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1            SAN DIEGO, CALIFORNIA; THURSDAY, APRIL 15, 2010
 2                              - - -
 3                   (COURT IN SESSION AT 2:00 P.M.)
 4
 5            MADAM CLERK:  10CR1372, UNITED STATES OF AMERICA
 6   VERSUS JONATHAN LEAL-DEL CARMEN.
 7            MR. FAKHOURY:  HANNI FAKHOURY, FEDERAL DEFENDERS,
 8   ON BEHALF OF MR.  LEAL-DEL CARMEN.
 9            THE COURT:  GOOD AFTERNOON, LADIES AND GENTLEMEN.
10   AS I CALL OUT YOUR NAME, PLEASE IDENTIFY YOURSELF.  JONATHAN
11   LEAL-DEL CARMEN?  GOOD AFTERNOON, SIR.
12            THE DEFENDANT:  GOOD AFTERNOON.
13            MADAM CLERK:  IS JONATHAN LEAL-DEL CARMEN YOUR TRUE
14   NAME?
15            THE DEFENDANT:  YES.
16            MADAM CLERK:  YOU ARE HEREBY EACH INFORMED THAT AN
17   INDICTMENT HAS BEEN FILED CHARGING MR. LEAL-DEL CARMEN WITHIN
18   BRINGING IN ILLEGAL ALIENS FOR FINANCIAL GAIN, BRINGING IN
19   ILLEGAL ALIENS WITHOUT PRESENTATION AND AIDING AND ABETTING.
20            COUNSEL, HAVE YOU EACH RECEIVED A COPY OF THE
21   INDICTMENT AND DO YOU WAIVE FURTHER READING?
22            MR. FAKHOURY:  YES, AS TO MR. LEAL-DEL CARMEN.
23            MADAM CLERK:  YOU ARE EACH FURTHER INFORMED THAT
24   YOU HAVE A RIGHT TO BE PRESENTED BY COUNSEL AT ALL
25   PROCEEDINGS THROUGHOUT THE COURT.  YOU HAVE THE RIGHT TO
```

```
 1   REMAIN SILENT.  YOU HAVE THE RIGHT TO A TRIAL BY JURY.  YOU
 2   HAVE THE RIGHT TO CONFRONT AND CROSS-EXAMINE WITNESSES WHO
 3   TESTIFY AGAINST YOU, AND YOU HAVE A RIGHT TO HAVE WITNESSES
 4   SUBPOENAED TO TESTIFY ON YOUR BEHALF.  HOW DO YOU NOW PLEAD
 5   TO THE COUNTS IN WHICH YOU ARE NAMED?
 6           THE DEFENDANT:  NOT GUILTY.
 7           THE COURT:  ALL RIGHT, LADIES AND GENTLEMEN, NOT
 8   GUILTY PLEAS WILL BE ENTERED ON YOUR BEHALF AT THIS TIME.
 9           MR. LEAL-DEL CARMEN, YOU ARE ORDERED TO APPEAR
10   BEFORE JUDGE WHELAN ON MAY THE 3RD, AT 9:00 O'CLOCK IN THE
11   MORNING, FOR PURPOSES OF A MOTION SETTING, DO YOU UNDERSTAND?
12           THE DEFENDANT:  YES.
13           THE COURT:  ANYTHING FURTHER FROM COUNSEL FOR
14   EITHER SIDE?
15           MR. FAKHOURY:  NO, YOUR HONOR.
16           MR. FOX:  NO, YOUR HONOR.
17           THE COURT:  THANK YOU ALL.
18            (WHICH WERE ALL THE PROCEEDINGS HELD.)
19
20
21
22
23
24
25
```

```
1                    CERTIFICATE OF REPORTER
2
3     COUNTY OF SAN DIEGO        )
4                                )  SS.
5     STATE OF CALIFORNIA        )
6
7     I, MELISSA A. PIERSON, OFFICIAL COURT REPORTER, REGISTERED
8     PROFESSIONAL REPORTER, IN AND FOR THE UNITED STATES DISTRICT
9     COURT FOR THE SOUTHERN DISTRICT OF CALIFORNIA, DO HEREBY
10    CERTIFY THAT I REPORTED, STENOGRAPHICALLY, THE FOREGOING
11    PROCEEDINGS AT THE TIME AND PLACE HEREINBEFORE SET FORTH;
12    THAT THE SAME WAS THEREAFTER REDUCED TO TYPEWRITTEN FORM BY
13    MEANS OF COMPUTER-AIDED TRANSCRIPTION; AND I DO FURTHER
14    CERTIFY THAT THIS IS A TRUE AND CORRECT TRANSCRIPTION OF MY
15    STENOGRAPHIC NOTES.
16
17
18    DATE:  4-21-11
19
20    S:/MELISSA A. PIERSON
21    MELISSA A. PIERSON, CSR 12499 RPR
22    FEDERAL OFFICIAL COURT REPORTER
23
24
25
```