```
                    UNITED STATES OF AMERICA
                  UNITED STATES DISTRICT COURT
                 SOUTHERN DISTRICT OF CALIFORNIA


                            - - -
                  HONORABLE THOMAS J. WHELAN
              UNITED STATES DISTRICT JUDGE PRESIDING
                            - - -

   UNITED STATES OF AMERICA,   )
                               )
          PLAINTIFF,           )
                               )
   VS.                         ) NO. 10CR1372W
                               )
   JONATHAN LEAL-DEL CARMEN,   )
                               )
          DEFENDANT.           )
   _____)


                    JURY TRIAL - DAY FOUR
             REPORTER'S TRANSCRIPT OF PROCEEDINGS
                      NOVEMBER 19, 2010
                    SAN DIEGO, CALIFORNIA



              MELISSA A. PIERSON, CSR 12499, RPR
                FEDERAL OFFICIAL COURT REPORTER
                  940 FRONT STREET, ROOM 3155
                  SAN DIEGO, CALIFORNIA 92101
                     PH:  (619)702-7508
                  PIERSON1121@SBCGLOBAL.NET
```

```
 1   APPEARANCES OF COUNSEL:

 2   ON BEHALF OF PLAINTIFF:
            LAURA E. DUFFY
 3          UNITED STATES ATTORNEY
            BY:  MR. STEPHEN MILLER, ESQ.
 4          ASSISTANT UNITED STATES ATTORNEYS
            880 FRONT STREET
 5          FIFTH FLOOR
            SAN DIEGO, CA 92101
 6

 7   ON BEHALF OF DEFENDANT:
            FEDERAL DEFENDERS OF SAN DIEGO
 8          BY:  MR. HANNI M. FAKHOURY, ESQ.
            BY:  MR. DAVID M.C. PETERSON, ESQ.
 9          225 W. BROADWAY
            ST. 900
10          SAN DIEGO, CA 92101
            (619) 234-8467
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

1        THE COURT: GOOD AFTERNOON, LADIES AND GENTLEMEN.
2   THIS IS THE MATTER OF THE UNITED STATES VERSUS JONATHAN
3   LEAL-DEL CARMEN. THE COURT FINDS COUNSEL ARE PRESENT,
4   MR. LEAL IS PRESENT, ALL MEMBERS OF THE JURY PANEL ARE
5   PRESENT. MY BAILIFF INFORMS ME THE JURORS HAVE REACHED A
6   DECISION. WHO'S YOUR FOREPERSON? MR. ****, WOULD YOU HAND
7   THE FORMS TO THE CLERK, PLEASE. SHE WILL COME OVER AND GET
8   THEM FROM YOU.
9        THE CLERK CAN READ THE VERDICTS.
10       MADAM CLERK: UNITED STATES DISTRICT COURT,
11  SOUTHERN DISTRICT OF CALIFORNIA, CASE NO. 10CR1372W, UNITED
12  STATES OF AMERICA VERSUS JONATHAN LEAL-DEL CARMEN. WE THE
13  JURY IN THE ABOVE ENTITLED CAUSE FIND THE DEFENDANT, JONATHAN
14  LEAL-DEL CARMEN, NOT GUILTY OF BRINGING IN ILLEGAL ALIENS FOR
15  FINANCIAL GAIN, AS CHARGED IN COUNT ONE OF THE INDICTMENT.
16  GUILTY OF BRINGING IN ILLEGAL ALIENS WITHOUT PRESENTATION, AS
17  CHARGED IN COUNT TWO OF THE INDICTMENT. NOT GUILTY OF
18  BRINGING IN ILLEGAL ALIENS FOR FINANCIAL GAIN, AS CHARGED IN
19  COUNT THREE OF THE INDICTMENT. GUILTY OF BRINGING IN ILLEGAL
20  ALIENS WITHOUT PRESENTATION, AS CHARGED IN COUNT FOUR OF THE
21  INDICTMENT. NOT GUILTY OF BRINGING IN ILLEGAL ALIENS FOR
22  FINANCIAL GAIN, AS CHARGED IN COUNT FIVE OF THE INDICTMENT.
23  GUILTY OF BRINGING IN ILLEGAL ALIENS WITHOUT PRESENTATION, AS
24  CHARGED IN COUNT SIX OF THE INDICTMENT. DATED NOVEMBER 19,
25  2010, AT SAN DIEGO, CALIFORNIA. THE PRESIDING JUROR IS

```
 1    ROBERT CLAY ****.
 2              LADIES AND GENTLEMEN OF THE JURY, IS THIS YOUR
 3    VERDICT, AS PRESENTED AND READ, AS TO VERDICT, SO SAY YOU
 4    ALL?
 5              THE JURY:  YES.
 6              THE COURT:  DOES EITHER PARTY WANT THE JURY POLLED?
 7              MR. MILLER:  NOT BY THE GOVERNMENT.
 8              MR. FAKHOURY:  YES, YOUR HONOR.
 9              THE COURT:  LADIES AND GENTLEMEN, WHEN YOU NAME IS
10    CALLED WOULD YOU ANSWER YES OR NO TO THE FOLLOWING QUESTION,
11    WERE THESE AND ARE THESE YOUR VERDICTS AS READ.
12              MADAM CLERK:  MR. WARREN ****, IS THAT YOUR VERDICT
13    AS PRESENTED AND READ?
14              JUROR NO. 1:  YES, IT IS.
15              MADAM CLERK:  ANGELICA ****, IS THAT YOUR VERDICT
16    AS PRESENTED AND READ?
17              JUROR NO. 2:  YES.
18              MADAM CLERK:  DORIS ****, IS THIS YOUR VERDICT AS
19    PRESENTED AND READ?
20              JUROR NO. 3:  YES.
21              MADAM CLERK:  MS. SHIRLEY ****, IS THIS YOUR
22    VERDICT AS PRESENTED AND READ?
23              JUROR NO. 4:  YES.
24              MADAM CLERK:  MS. ELLEN ****, IS THIS YOUR VERDICT
25    AS PRESENTED AND READ?
```

```
 1                JUROR NO. 5:  YES.
 2                MADAM CLERK:  MR. ROBERT ****, IS THAT YOUR VERDICT
 3   AS PRESENTED AND READ?
 4                JUROR NO. 6:  YES.
 5                MADAM CLERK:  MS. DONNA ****, IS THAT YOUR VERDICT
 6   AS PRESENTED AND READ?
 7                JUROR NO. 7:  YES.
 8                MADAM CLERK:  MR. ROBERT ****, IS THAT YOUR VERDICT
 9   AS PRESENTED AND READ?
10                JUROR NO. 8:  YES.
11                MADAM CLERK:  MS. KATHRYN ****, IS THIS YOUR
12   VERDICT AS PRESENTED AND READ?
13                JUROR NO. 9:  YES.
14                MADAM CLERK:  MS. BONNIE ****, IS THIS YOUR VERDICT
15   AS PRESENTED AND READ?
16                JUROR NO. 10:  YES.
17                MADAM CLERK:  MS. SANDRA ****, IS THAT YOUR VERDICT
18   AS PRESENTED AND READ?
19                JUROR NO. 11:  YES.
20                MADAM CLERK:  MR. MAHMOOD ****, IS THAT YOUR
21   VERDICT AS PRESENTED AND READ?
22                JUROR NO. 12:  YES.
23                THE COURT:  RECORD THE VERDICTS.
24                MADAM CLERK:  THE VERDICT IS RECORDED.
25                THE COURT:  DO COUNSEL WAIVE READING OF THE
```

```
 1   VERDICTS AS RECORDED?
 2           MR. MILLER:  YES.
 3           MR. FAKHOURY:  YES, YOUR HONOR.
 4           THE COURT:  LADIES AND GENTLEMEN, I WOULD LIKE TO
 5   THANK YOU VERY MUCH FOR YOUR SERVICE AS JURORS IN THIS
 6   MATTER.  I KNOW THAT IT'S AN INCONVENIENCE TO ALL OF YOUR
 7   DAILY SCHEDULES TO DO JURY SERVICE, BUT FOR WHATEVER IT'S
 8   WORTH, I ACTUALLY DO JURY SERVICE IN STATE COURT.  I
 9   UNDERSTAND WHAT YOU GO THROUGH AND I APPRECIATE YOUR
10   WILLINGNESS TO DO IT.  I KNOW THAT YOU PAID CLOSE ATTENTION
11   TO THIS CASE, THAT YOU GAVE IT YOUR ALL, AND I CERTAINLY, ON
12   BEHALF OF MYSELF AND MOST IMPORTANTLY THE OTHER CITIZENS OF
13   THIS DISTRICT, THANK YOU FOR YOUR WILLINGNESS TO DO JURY
14   SERVICE.
15           AS YOU HEARD ME TELL THE PANEL EARLIER, THEY GIVE
16   ME A LOT OF AUTHORITY BUT I CAN'T GET YOU OUT OF JURY DUTY,
17   UNFORTUNATELY.  YOU HAVE TO REPORT BACK ACROSS THE STREET.
18   I'M SURE THAT YOU ARE THROUGH AT LEAST FOR THE TIME BEING.
19           IF YOU WOULD LIKE TO KEEP YOUR NOTES, YOU ARE
20   WELCOME TO DO THAT.  IF YOU DON'T WANT THEM, THEY ARE
21   SHREDDED, NO ONE HAS ACCESS TO THEM.  YOU CAN KEEP THE
22   NOTEBOOK IF YOU WANT, THAT'S FINE, TOO.
23           YOU ARE RELEASED FROM THE ADMONITION.  YOU ARE FREE
24   TO DISCUSS THE CASE WITH ANYONE YOU SEE FIT.  YOU ARE UNDER
25   NO OBLIGATION TO TALK TO ANYBODY ABOUT IT.  THAT'S STRICTLY
```

1  UP TO YOU.
2          IF YOU WANT TO TALK TO THE LAWYERS, THEY WILL BE
3  OUT IN FRONT OF THE COURTROOM WITHIN A MINUTE OR SO AFTER I
4  RELEASE YOU.  IF YOU DON'T WANT TO TALK TO THEM, THEY WON'T
5  BOTHER YOU.  IF YOU DECIDE YOU DO WANT TO TALK TO THEM, THE
6  ONLY THING I ASK IS THAT YOU RECALL YOUR DELIBERATIONS WERE
7  CONFIDENTIAL, SO YOU MAY ONLY WANT TO SAY WHAT YOU THOUGHT
8  WAS IMPORTANT TO YOU OR UNIMPORTANT TO YOU, AND LET YOUR
9  OTHER JURORS SAY WHAT THEY THOUGHT WAS IMPORTANT TO THEM OR
10 NOT IMPORTANT TO THEM.  AGAIN, THAT'S STRICTLY UP TO YOU.
11         AGAIN, IF I HAD THE AUTHORITY I WOULD EXCUSE YOU
12 FROM FURTHER JURY SERVICE.  I CAN'T DO THAT.
13         AND I ALSO WANT TO APOLOGIZE FOR THE MISESTIMATE OF
14 THE TIME.  I HAD NO WAY OF KNOWING WE WERE GOING TO HAVE A
15 FIRE DRILL AND THAT KIND OF MESSED US UP.  THAT'S ONE OF THE
16 THINGS THAT GO ON IN LIFE.  HAVE A VERY NICE REST OF THE
17 AFTERNOON, FOLKS, AND THANK YOU VERY MUCH.
18                  (JURY EXITS COURTROOM.)
19         THE COURT:  ALL RIGHT.  THE RECORD SHOULD REFLECT
20 ALL MEMBERS OF THE JURY HAVE LEFT THE COURTROOM.  SENTENCING
21 DATE, MADAM CLERK?
22         MADAM CLERK:  FEBRUARY 7TH, AT 9:00 A.M.
23         THE COURT:  MR. FAKHOURY, MR. PETERSON, IS THAT
24 DATE AGREEABLE?
25         MR. FAKHOURY:  THAT'S FINE WITH ME, YOUR HONOR.

```
 1              MR. PETERSON:  YES, YOUR HONOR.
 2              THE COURT:  MR. MILLER?
 3              MR. MILLER:  YES.
 4              THE COURT:  MR. LEAL, IS THAT DATE ALL RIGHT WITH
 5    YOU, SIR?
 6              THE INTERPRETER:  FEBRUARY THE 7TH?
 7              THE COURT:  FEBRUARY 7TH, AT 9:00 O'CLOCK.
 8              THE DEFENDANT:  YES.
 9              THE COURT:  OKAY.  SEE YOU THEN.  THANK YOU.  WE'RE
10    IN RECESS.
11              MR. PETERSON:  THANK YOU, YOUR HONOR.
12              THE COURT:  YOU BET.
13                  (WHICH WERE ALL THE PROCEEDINGS
14                  HELD IN THE ABOVE-ENTITLED CAUSE.)
15
16
17
18
19
20
21
22
23
24
25
```

1          CERTIFICATE OF REPORTER

2

3    COUNTY OF SAN DIEGO        )

4                               )  SS.

5    STATE OF CALIFORNIA        )

6

7    I, MELISSA A. PIERSON, OFFICIAL COURT REPORTER, REGISTERED

8    PROFESSIONAL REPORTER, IN AND FOR THE UNITED STATES DISTRICT

9    COURT FOR THE SOUTHERN DISTRICT OF CALIFORNIA, DO HEREBY

10   CERTIFY THAT I REPORTED, STENOGRAPHICALLY, THE FOREGOING

11   PROCEEDINGS AT THE TIME AND PLACE HEREINBEFORE SET FORTH;

12   THAT THE SAME WAS THEREAFTER REDUCED TO TYPEWRITTEN FORM BY

13   MEANS OF COMPUTER-AIDED TRANSCRIPTION; AND I DO FURTHER

14   CERTIFY THAT THIS IS A TRUE AND CORRECT TRANSCRIPTION OF MY

15   STENOGRAPHIC NOTES.

16

17

18   DATE:  5-6-11

19

20   S:/MELISSA A. PIERSON

21   MELISSA A. PIERSON, CSR 12499 RPR

22   FEDERAL OFFICIAL COURT REPORTER

23

24

25