# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 10CR1372-W |
| Plaintiff, | |
| vs. | **JUDGMENT OF DISMISSAL AFTER REMAND** |
| JONATHAN LEAL-DEL CARMEN, | |
| Defendant. | |

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

___ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___ the Court has dismissed the case for unnecessary delay; or

_X_ the Court has granted the motion of the Government for dismissal, without prejudice; or

___ the Court has granted the motion of the defendant for a judgment of acquittal; or

___ a jury has been waived, and the Court has found the defendant not guilty; or

___ the jury has returned its verdict, finding the defendant not guilty;

_X_ of the offense(s) as charged in the Indictment:

Counts 2, 4, 6 :8 U.S.C 1324(a)(2)(B)(iii) and 18:2 - BRINGING IN ILLEGAL ALIENS WITHOUT PRESENTATION

IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 12/10/12

Thomas J. Whelan
U.S. District Judge